In re:                                                    Case No. 11-38236-rld
Media Systems, Inc.                                       Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
```
db       +Media Systems, Inc.,   PO Box 15039,   Portland, OR 97293-5039
aty      +TODD STRUBLE,   Guyer Meisner,   5895 Jean Rd,   Lake Oswego, OR 97035-5303
99519731 +A-Lift Elevator, Inc.,   3439 NE Sandy Blvd.,   #401,   Portland, OR 97232-1959
99519732 +Actors Action,   323 NE Wygant Street,   #203,   Portland, OR 97211-3374
99519733 +Advanta - 0011,   PO Box 9217,   Old Bethpage, NY 11804-9017
99519734 +American Express,   PO Box 297879,   Fort Lauderdale, FL 33329-7879
99564290  American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
99519735  Apple Computer, Inc.,   PO Box 846095,   Dallas, TX 75284-6095
99519736 +Apple Financial,   PO Box 31001,   Pasadena, CA 91110-0001
99519737 +Apple Specialist Marketing Corp.,   375 South River Street,   South Elgin, IL 60177-2044
99519738 +Bank of America / Sean Croghan,   15485 SW Cynthia Lane,   Beaverton, OR 97007-6861
99519740 +Capital One,   PO Box 60599,   City of Industry, CA 91716-0599
99589413  Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
           Charlotte, NC 28272-1083
99519741 +Chase / Sean Croghan,   15485 SW Cynthia Lane,   Beaverton, OR 97007-6861
99519742  Chevron,   PO Box 70887,   Charlotte, NC 28272-0887
99519743  Chevron,   PO Box 70995,   Charlotte, NC 28272-0995
99519745 +Citibusiness,   PO Box 183051,   Columbus, OH 43218-3051
99519748 +Columbia Business Advisors, LLC,   2950 Lakeview Blvd.,   Lake Oswego, OR 97035-3648
99653108 +Creekridge Capital LLC,   7808 Creekridge Circle #250,   Edina, MN 55439-2647
99519749 +Crucial Technology,   12831 Collections Center Drive,   Chicago, IL 60693-0128
99611298 +Dept of Consumer,   and Business Svcs,   350 Winter St. NE,   Salem, OR 97301-3875
99519750 +Dex 0861,   P.O. Box 79167,   Phoenix, AZ 85062-9167
99519751 +Discover/Main Street,   PO Box 5663,   Hicksville, NY 11802-5663
99519752 +Dr. Bott LLC,   9730 SW Hillman Court, #600,   Wilsonville, OR 97070-7711
99519753  Earth20,   PO Box 70,   Culver, OR 97734-0070
99519755 +Euler Hermes UMA,   Attn: Dennis Brown,   600 S. 7th Street,   Louisville, KY 40203-1968
99519756 +Funnelbox,   712 Main Street,   Oregon City, OR 97045-1846
99519757 +GE Capital Corp dba,   Apple Fin Svcs,   1010 Thomas Edison Blvd SW,   Cedar Rapids IA 52404-8247
99519758 +Gibbs Street Properties,   70 NW Couch Street,   Suite 207,   Portland, OR 97209-4038
99519759  Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901-6029
99519754 ++INTEGRA TELECOM,   1201 NE LLOYD BLVD,   SUITE 500,   PORTLAND OR 97232-1259
          (address filed with court:  Electric Lightwave,   PO Box 2966,   Milwaukee, WI 53201-2966)
99519764  IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
99519760 +In Both Ears, Inc.,   2505 SE 11th Avenue,   #255,   Portland, OR 97202-1062
99519762 +Ingram Micro, Inc.,   c/o Receivables Control Corp.,   Attn: Isaac Stone,
           7373 Kirkwood Ct., Suite 200,   Maple Grove, MN 55369-5264
99519763  Integra Telecom,   PO Box 34802,   Seattle, WA 98124-1802
99519765 +James Liptan,   6526 NE Rodney Ave.,   Portland, OR 97211-2434
99519766 +Jan-Pro Cleaning Systems,   15714 SW 72nd Avenue,   Portland, OR 97224-7973
99602842 +KIA MOTORS FINANCE,   PO BOX 20825,   FOUNTAIN VALLEY, CA 92728-0825
99519767 +Key Bank,   PO Box 5278,   Boise, ID 83705-0278
99519768 +Key Bank Mastercard,   PO Box 790408,   Saint Louis, MO 63179-0408
99520281 +Key Bank Mastercard,   c/o Otis Jefferson,   4910 Tiedeman Rd. 4th Floor,
           Cleveland, OH 44144-2338
99535198 +KeyBank NA,   PO Box 94968,   Cleveland, OH 44101-4968
99519769 +Kia Finance,   PO Box 20825,   Fountain Valley, CA 92728-0825
99519770  Kone, Inc.,   PO Box 429,   Moline, IL 61266-0429
99519771  LaCie,   PO Box 823231,   Philadelphia, PA 19182-3231
99652280 +Leaf Financial Corporation,   Brian M. Sullivan, Attorney at Law,   3518 SW Corbett Ave,
           Portland OR 97239-4327
99519773 +Leaf Funding,   PO Box 644006,   Cincinnati, OH 45264-0309
99657255 +Leaf Funding Inc,   Brian M Sullivan, Atty at Law,   3518 SW Corbett Ave,
           Portland OR 97239-4327
99519775  MetLife,   PO Box 804466,   Kansas City, MO 64180-4466
99622565  Micron SemiConductor Products, Inc,   Attn: Robin Kramer, Legal Assistant,   8000 S Federal Way,
           Boise, ID 83716-9632
99519776 +Minuteman Press,   3454 SE Powell,   Portland, OR 97202-3372
99519777  Motschenbacher & Blattner, LLP,   117 SW Taylor Street,   Suite 200,   Portland, OR 97204-3029
99519584 +NW Natural,   220 NW 2nd Ave,   Portland OR 97209-3991
99519780  NW Natural,   PO Box 6017,   Portland, OR 97228-6017
99519778 +New Edge,   Unit 47,   PO Box 4800,   Portland, OR 97208-4800
99519779 +Newegg,   16839 E. Gale Avenue,   City of Industry, CA 91745-1816
99519782  Office Depot,   PO Box 70025,   Los Angeles, CA 90074-0025
99534092 +Office Depot,   6600 N Military Trail - S401F,   Boca Raton, FL 33496-2434
99519792 +PODS,   PO Box 31673,   Tampa, FL 33631-3673
99575257 +PODS of Portland, LLC,   PODS Enterprises, Inc,   5585 Rio Vista Dr,   Clearwater FL 33760-3114
99519783 +Pacific Continental Bank,   1550 N. Brown Road,   #150,   Lawrenceville, GA 30043-8154
99519784 +Pacific Continental Bank,   1550 N. Brown,   #150,   Lawrenceville, GA 30043-8154
99519785 +Pacific Continental Bank,   c/o Kate Salyers, Asst Vice Pres.,   PO Box 10727,
           Eugene, OR 97440-2727
99519787  Pacific Continental Bank,   c/o Greene & Markley,   Attn: Sanford Landress,
           1515 SW Fifth Ave., Suite 600,   Portland, OR 97201-5492
99519786  Pacific Continental Bank,   Attn: Special Assets Dept,   PO Box 10727,   Eugene, OR 97440-2727
99519788  Philadelphia Insurance Companies,   PO Box 70251,   Philadelphia, PA 19176-0251
```

```
99519789     Pitney Bowes Global Financial Services,   PO Box 371887,  Pittsburgh, PA 15250-7887
99519790     Pitney Bowes Purchase Power,   PO Box 371874,  Pittsburgh, PA 15250-7874
99519795    +Professional Benefit Services, Inc.,  1193 Royvonne SE,   Suite 22,  Salem, OR 97302-6503
99519796    +Protemp Associates, Inc.,   9788 SE 17th Avenue,   Portland, OR 97222-7332
99519797     Qwest - 0206,  PO Box 91155,   Seattle, WA 98111-9255
99519798     Qwest 8588,   PO Box 91155,   Seattle, WA 98111-9255
99519799     Refund Nonbox,  319 SE Washington Street,   Portland, OR 97204
99519800    +Se-Cure Controls, Inc.,   3714 Runge St.,   Franklin Park, IL 60131-1112
99519744     Sean Croghan,  15485 SW Cynthia Lane,  Beaverton, OR 97007-6861
99519801    +Shadia Duery,  600 NW Farliss Road,  Gresham, OR 97030-2434
99519802    +Shane Spiess,  400 SW Willamette Heights Ct.,   West Linn, OR 97068-9668
99519803    +Steven Klinetobe,  207 Hidalgo,   Lake Oswego, OR 97035-1089
99519804    +Swift Financial,   PO Box 3023,  Milwaukee, WI 53201-3023
99519807    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,  Attn: Business Solutions,  PO Box 9490,
             Cedar Rapids, IA 52409)
99519805     Tech Data Corporation,   PO Box 93836,  Chicago, IL 60673-3836
99519806    +Tech Data Corporation,   c/o Receivables Control Corp.,  Attn: Isaac Stone,
             7373 Kirkwood Ct., Suite 200,   Maple Grove, MN 55369-5264
99519811     UPS,  PO Box 894820,  Los Angeles, CA 90189-4820
99656327    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,  as Servicer for Key Bank,  P.O. Box 5229,
             Cincinnati, OH 45201-5229)
99519812    +US Bank,   1225 SE 39th Ave.,   Portland, OR 97214-4371
99579356     US Bank N.A.,  SBA Express, Special Assets Group,  9918 Hibert St.,  San Diego, CA 92131-1018
99519809    +Umpqua Bank,   Special Assets Dept,  PO Box 1820,  Roseburg, OR 97470-0417
99519808    +Umpqua Bank,   c/o Amy Mandera, Sp Assets Grp,  445 SE Main St,   Roseburg OR 97470-4900
99519810     United Health Care Services,  Dept. CH 10151,  Palatine, IL 60055-0151
99551872     United Healthcare Insurance Company,  c/o Rachel A Smith, Credit & Delinquency,
             185 Asylum St #03B,  PO Box 150450,  Hartford, CT 06115-0450
99519813    +VAR Resources,  7808 Creekridge Circle,  #250,  Edina, MN 55439-2647
99519814     VAR Resources, Inc.,   PO Box 6434,  Carol Stream, IL 60197-6434
99519817     VSP,   PO Box 60000,  San Francisco, CA 94160-3280
99519818    +Wells Fargo,   c/o Mark Oman, Vice Pres.,  101 N. Phillips Ave.,  Sioux Falls, SD 57104-6714
99543781    +Wells Fargo Bank,N.A.,  Business Direct Division,  100 W, Washington Street 8th Flr,
             Phoenix, AZ 85003-1803
99537928    +Wells Fargo Financial Leasing, Inc.,  800 Walnut Street,  MAC F4031-050,
             Des Moines, IA 50309-3605
99519819    +Wendi Spiess,  400 SW Willamette Heights Ct.,   West Linn, OR 97068-9668
99519820    +Western Finance and Lease, Inc.,  PO Box 640,  Devils Lake, ND 58301-0640
99519822    +X5 Solutions,  1301 5th Avenue, #2301,  Seattle, WA 98101-2648
99565273     X5 Solutions,  NACM, c/o Larry Lee,  PO Box 21966,  Seattle, WA 98111-3966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
99519739    +E-mail/Text: bknotices@bankofthewest.com Jan 14 2012 03:12:15   Bank of the West,
             905 NE Halsey St,   Portland OR 97232-1237
99655896     E-mail/Text: bankruptcy@portlandoregon.gov Jan 14 2012 03:10:14   City of Portland,
             1221 SW 4th Ave Rm 430,   Portland OR 97204
99519746     E-mail/Text: bankruptcy@portlandoregon.gov Jan 14 2012 03:10:14   City of Portland,
             c/o Portland Development Commission,  Attn: Emily Swensen,  222 NW Fifth Ave.,
             Portland, OR 97209-3859
99519747     E-mail/Text: bankruptcy@portlandoregon.gov Jan 14 2012 03:10:14   City of Portland,
             c/o Linda Meng,  City Attorney,  1221 SW 4th Ave., Room 430,  Portland, OR 97204
99519794     E-mail/Text: bankruptcy@portlandoregon.gov Jan 14 2012 03:10:14   Portland Water Bureau,
             PO Box 4216,  Portland, OR 97208-6017
99519755    +E-mail/Text: joe.batie@eulerhermes.com Jan 14 2012 04:24:05   Euler Hermes UMA,
             Attn: Dennis Brown,  600 S. 7th Street,  Louisville, KY 40203-1968
99519761     E-mail/Text: bankruptcynotices@ingrammicro.com Jan 14 2012 03:10:49   Ingram Micro, Inc.,
             PO Box 90341,  Chicago, IL 60696-0341
99535861     E-mail/Text: bankruptcynotices@ingrammicro.com Jan 14 2012 03:10:49   Ingram Micro Inc,
             Attn: Sue Kane,  1759 Wehrle Dr,  Williamsville, NY 14221
99520280    +Fax: 216-370-6094 Jan 14 2012 03:20:21   Key Bank,  c/o Otis Jefferson,
             4910 Tiedeman Rd., 4th Floor,  Cleveland, OH 44144-2338
99519772    +E-mail/Text: bankruptcyaccounts@resourceamerica.com Jan 14 2012 03:13:12   Leaf Funding,
             c/o Dave English, Vice Pres.,  One Commerce Square,  2005 Market Street, 15th Floor,
             Philadelphia, PA 19103-7009
99519774    +E-mail/Text: bankruptcyaccounts@resourceamerica.com Jan 14 2012 03:13:12   Leaf Funding, Inc.,
             300 Outlet Pointe Blvd., Suite 300-B,  Columbia, SC 29210-5658
99519781    +E-mail/Text: bankruptcy.revenue@dor.state.or.us Jan 14 2012 03:10:01   ODR Bkcy,
             955 Center NE, #353,  Salem, OR 97301-2555
99655565     E-mail/Text: bankruptcy.revenue@dor.state.or.us Jan 14 2012 03:10:01   ODR Bkcy,
             955 Center St NE,  Salem OR 97301-2555
99599532    +E-mail/Text: Bankrupt@gw.emp.state.or.us Jan 14 2012 03:12:22   Oregon Employment Dept.,
             Employment Department,  875 Union St NE,  Salem OR 97311-0800
99519791    +E-mail/Text: creditadmin@platt.com Jan 14 2012 03:12:29   Platt,  PO Box 2858,
             Portland, OR 97208-2858
99519793    +E-mail/PDF: Credit.Approvals@pgn.com Jan 14 2012 03:50:53   Portland General Electric,
             PO Box 4438,  Portland, OR 97208-4438
99541829    +E-mail/Text: vci.bkcy@vwcredit.com Jan 14 2012 03:11:19   VW Credit, Inc.,  PO BOX 829009,
             Dallas, TX 75382-9009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

99519815      E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 14 2012 03:50:34      Verizon Wireless,
               PO Box 660108,    Dallas, TX 75266-0108
99607851     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 14 2012 03:50:34      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
99519816      E-mail/Text: vci.bkcy@vwcredit.com Jan 14 2012 03:11:19      Volkswagon Credit,    PO Box 60144,
               City of Industry, CA 91716-0144
99519821      E-mail/Text: bankruptcy@wrightexpress.com Jan 14 2012 04:08:54      Wright Express,    PO Box 6293,
               Carol Stream, IL 60197-6293
99646920     +E-mail/Text: bankruptcy@wrightexpress.com Jan 14 2012 04:08:54
               Wright Express Financial Services,    PO Box 639,    Portland, ME 04104-0639
                                                                                    TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                    **Signature:**   _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2012 at the address(es) listed below:
NONE.                                               TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 13, 2012

Clerk, U.S. Bankruptcy Court

BY **tlh** DEPUTY

In re )
**Media Systems, Inc.** ) Case No. **11–38236–rld11**
*Other names used by debtor:* Curiosity )
Group, MacForce )
Debtor(s) )
) ORDER STRIKING
) DOCUMENT(S)/ACTION
)
)

**IT IS ORDERED** that:

1. The

   Certificate of Service 77 Order Approving Disclosure Statement Filed By Debtor Media Systems, Inc. (HENDERSON, NICHOLAS)

   filed by **Nicholas Henderson, Atty** on **1/12/2012** is/are STRICKEN and will have no legal effect, for the reason(s) stated below:

   **You must complete the Certificate of Service located on the Order Conditionally Approving Disclosure Statement and then re–file.**

   The document(s) must be filed properly in order to have any legal effect or for the court to take any action.

2. Any fees accompanying the document(s) will not be refunded but will be applied to the document if refiled.

3. **Refiling – effective date of corrected filing:**

   To refile the document(s), you must (a) file a new document that corrects the defect that was the reason for striking; AND (b) include the full filing fee, if required (unless the fee was already paid); AND (c) serve any copies as required by court rules. The new document will be entered on the docket as filed on the new date of tender, and will not be considered an amendment to any previously filed document, unless you comply with either ¶4 or 5 below.

4. **Refiling – effective date of original filing:**

   If you need the corrected document to be deemed filed as of the date of the original filing, you must file with the court within the later of 7 days from the "Filed" date of this order or any other period specified in ¶1 above BOTH:

   (a) a new document that corrects the defect that was the reason for striking AND

   (b) a certification that copies of both (i) this order and (ii) the corrected document(s) were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

   Any time deadlines such as time to file responsive documents or to set hearings will be tolled and not begin to run until the filing date of the corrected document.

5. **Inability to file corrected document:**

   If you cannot timely file a corrected document as provided in ¶4 above, you may request reconsideration of this order striking the document or action. To request reconsideration, you must file with the court within 7 days of the "Filed" date of this order, or any other period specified in ¶1 above, a written request that the court reconsider the Order Striking Document(s)/Action. The reconsideration request must (a) clearly set forth all grounds for failing to timely file a corrected document as described in ¶4 above AND (b) include a certification that a copy of the request was served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

   Clerk, U.S. Bankruptcy Court