**Below is an order of the Court.**

*[signature]*
**U.S. Bankruptcy Judge**

OCADS (12/1/09) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | |
|---|---|
| In re<br>**Media Systems, Inc.**<br>*Other names used by debtor:* Curiousity Group, MacForce<br>Debtor(s) | Case No. **11–38236–rld11**<br><br>ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; **AND NOTICE OF DISCLOSURE AND CONFIRMATION HEARINGS** |

This case has been designated for accelerated treatment. The disclosure statement and plan of reorganization, dated **1/3/2012**, were filed by **Media Systems, Inc**. The debtor's address is PO Box 15039, Portland, OR 97293, and Taxpayer ID# is 93–1191077.

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The disclosure statement mentioned above is conditionally approved, subject to the Court's consideration of objections submitted in accordance with point 3 at the hearing specified in point 4. For the Court to consider such objections, the objecting party must have timely attempted to obtain the desired information from the plan proponent without success.

2. Written ballots accepting or rejecting the plan or amended plan dated **1/3/2012** must be received by the proponent of the plan **Nicholas Henderson, Atty**, whose service address is **117 SW Taylor St #200, Portland, OR 97204**, no less than seven days before the hearing date set in point 4.

3. Objections to the proposed disclosure statement or plan must be in writing, *setting forth* the specific grounds and details of objection, and must be filed, no less than seven days before the hearing date set in point 4, with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, and a copy simultaneously served on the plan's proponent; debtor(s); the U.S. Trustee; any trustee; and the creditor committee chairperson; and each attorney for any of these parties.

4. **THE HEARING ON THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, at which testimony will be received if offered and admissible, WILL BE HELD** on **2/17/12** at **09:00 AM**, in **US Bankruptcy Court, Courtroom #3, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204**.

5. **A notice, if appropriate, must be prepared in accordance with Fed. Bankruptcy Rule 2002(c)(3) and must describe all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code. The notice must be separately filed and served with this order.**

Page 1 of 2          * * * SEE NEXT PAGE * * *

6. Any objections to claims filed more than 14 days after the **"FILED"** date above shall not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

7. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (Fed. Bankruptcy Rule 3018(a)) must, no later than 35 days after the **"FILED"** date on page 1, file and serve appropriate copies of a detailed written motion for temporary claim allowance.

8. Complaints objecting to a debtor's full DISCHARGE pursuant to 11 U.S.C. §1141(d)(3) and Fed. Bankruptcy Rule 4004(a) must be filed no later than the date fixed in point 4.

9. No later than 14 days after the **"FILED"** date on page 1 the plan proponent must BOTH: (a) serve, as provided in Fed. Bankruptcy Rule 3017(d), a copy of this order and any notice prepared and filed under pt. 5, together with a copy of the plan, disclosure statement, and a ballot; **AND** (b) complete and file the "Certificate of Service" below (WITHOUT any attachments).

10. A **SUMMARY** of the Ballots by Class (LBF #1181), **AND** a **REPORT** of Administrative Expenses (LBF #1182), MUST BE FILED with the Clerk's Office no less than THREE BUSINESS DAYS BEFORE the hearing date in point 4. A copy of the Summary must be contemporaneously served on any Creditors' Committee. The plan proponent must comply with the requirements in LBF #1181 with regard to the actual ballots.

###

## CERTIFICATE OF SERVICE

I certify that on  1/10/2012  copies of all documents required by point 9 above were served on the U.S. Trustee, debtor(s), any trustee, and their respective attorneys; all creditors and interested parties; the S.E.C. at the address provided on the court's Internet site at www.orb.uscourts.gov; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

/s/ Nicholas J. Henderson

Signature

Attorney for Debtor / Plan Proponent

Name and Relation to Case