```
                       UNITED STATES BANKRUPTCY COURT
                              DISTRICT OF OREGON
In re
                                    ) Case No._____
                                    )
                                    ) NOTICE RE ORDER
                                    ) CONFIRMING CHAPTER 11
                                    ) PLAN, ANY APPROPRIATE
Debtor(s)                           ) INJUNCTION, AND DISCHARGE
```

NOTICE IS SERVED by the undersigned (e.g., debtor's attorney) _____, whose name and service address are: _____
_____, of the following:

A. This court entered an order on _____ confirming the plan or amended plan dated _____, filed by (e.g., debtor) _____, and, if filed by debtor, the debtor's address and Taxpayer ID#(s) (last 4 digits) are:_____.

B. Except as otherwise provided in the plan or order confirming the plan:
   1. If the debtor(s) is/are NOT an individual that filed this case on or after 10/17/05, then the debtor(s) is/are discharged from: (a) any debt that arose prior to the date of entry of the order confirming such plan and from any kind of debt specified in 11 USC §502(g), (h) or (i), whether or not a proof of claim was filed or deemed filed, whether or not such claim was allowed, whether or not the holder of such claim accepted the plan and whether or not the right to payment was reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, secured or unsecured, EXCEPT (i) for debts that are not discharged under 11 USC §§1141(d)(2) or §1141(d)(6)(A) or (B) or (ii) if the plan liquidates substantially all estate property, the debtor does not engage in business after consummation and a discharge would be denied under §727(a) if the case were one under 11 USC Chapter 7; AND (b) any judgment is void to the extent it is a determination of the debtor's liability with respect to any discharged debt.
   2. If the debtor(s) IS/ARE an individual who filed this case on or after 10/17/05, then the debtor(s) shall not be discharged from any debt provided for in the plan until debtor(s) complete all payments under the plan unless the court orders otherwise for cause under 11 USC §1141(d)(5)(A). The court may additionally grant a discharge to a debtor who has not completed plan payments if the court finds the debtor(s) meet the criteria of 11 USC §§1141(d)(5)(B) or (C).
   3. The property revested in debtor(s) under the plan is free and clear of all claims and interest of creditors and equity security holders.
   4. Commencement or continuation of any action, or of employment of process or any act to collect, recover or offset any such debt as the debtor's personal liability, or from the debtor's property, is enjoined.

C. If applicable, the Order of Confirmation, in accordance with Federal Rule of Bankruptcy Procedure (FRBP) 3020, describes all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code.

D. Unless a written request for a hearing, setting forth the specific reasons therefor, is filed with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with a "3" or "4", mail to 1001 SW 5th Ave, #700, Portland, OR 97204; OR if it begins with a "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), within 21 days of this Notice's service date in pt. E, the Court will consider the following applications for compensation or administrative expenses, if any, without further notice:

| APPLICANT | TOTAL AMOUNT OF FINAL REQUEST | TOTAL AMOUNT PAID TO DATE INCLUDING RETAINERS | BALANCE DUE | ESTIMATE OF CASE RELATED POST-CONFIRMATION COMPENSATION (INDICATE IF INCLUDED IN TOTAL AMOUNT OF FINAL REQUEST) |
|---|---|---|---|---|

E. On _____ copies of the above notice were served on the debtor(s), any trustee, the U.S. Trustee, and their respective attorneys; all interested parties; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

_____
1190 (12/1/09)                       SIGNATURE & Relation to Case

Pacific Continental Bank v Media Systems
Bankruptcy Case No. 11-38236-rld11
Petition Date: 9/23/11; Order Confirming Plan: Entered 2/28/12

**PREPETITION ATTORNEYS' FEES & COSTS:**

| Invoice Date | Service Provider | Invoice-Fees | | Costs | Type of Service | Notes |
|---|---|---|---|---|---|---|
| 8/19/2011 | Greene & Markley, P.C. | $ 2,806.00 | $ | - | Attorneys' fees | |
| 9/26/2011 | Greene & Markley, P.C. | $ 3,416.00 | $ | 20.00 | Attorneys' fees & costs | |
| 10/24/2011 | Greene & Markley, P.C. | $ 6,370.50 | $ | 5,505.62 | Attorneys' fees & costs | *See below. |
| | Subtotal: | $ 12,592.50 | $ | 5,525.62 | | |
| | **Total prepetition:** | **$ 18,118.12** | | | | |

**POSTPETITION ATTORNEYS' FEES & COSTS:**

| Invoice Date | Service Provider | Invoice-Fees | | Costs | Type of Service | Notes |
|---|---|---|---|---|---|---|
| 10/24/2011 | Greene & Markley, P.C. | $ 4,270.00 | $ | 123.39 | Attorneys' fees & costs | **See below. |
| 11/23/2011 | Greene & Markley, P.C. | $ 6,435.50 | $ | 154.25 | Attorneys' fees & costs | |
| 12/15/2011 | Greene & Markley, P.C. | $ 3,019.50 | $ | - | Attorneys' fees | |
| 1/24/2012 | Greene & Markley, P.C. | $ 2,104.50 | $ | - | Attorneys' fees | |
| 2/21/2012 | Greene & Markley, P.C. | $ 5,544.00 | $ | 1.20 | Attorneys' fees & costs | |
| 3/6/2012 | Greene & Markley, P.C. | $ 6,792.50 | $ | 30.00 | Attorneys' fees & costs | ***See below. |
| | Subtotal: | $ 28,166.00 | $ | 308.84 | | |
| | **Total postpetition:** | **$ 28,474.84** | | | | |

\* Amount stated represents attorneys' fees & costs billed to the petition date (9/23/11)
\*\* Amount stated represents attorneys' fees & costs billed for postpetition services
\*\*\* Amount stated represents attorneys' fees & costs billed for postpetition services through confirmation (2/28/12)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 11-38236-rld11<br>District of Oregon<br>Portland<br>Tue Jul 24 16:48:59 PDT 2012 | A-Lift Elevator, Inc.<br>3439 NE Sandy Blvd.<br>#401<br>Portland, OR 97232-1959 | Actors Action<br>323 NE Wygant Street<br>#203<br>Portland, OR 97211-3374 |
| Advanta - 0011<br>PO Box 9217<br>Old Bethpage, NY 11804-9017 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Apple Computer, Inc.<br>PO Box 846095<br>Dallas, TX 75284-6095 | Apple Financial<br>PO Box 31001<br>Pasadena, CA 91110-0001 | Apple Specialist Marketing Corp.<br>375 South River Street<br>South Elgin, IL 60177-2044 |
| Atradius Trade Credit Ins Inc<br>Attn Claims Dept<br>230 Schilling Cir #240<br>Hunt Valley, MD 21031-1409 | Atradius Trade Credit Insurance Inc<br>Attn Claims Dept<br>230 Schilling Cir #240<br>Hunt Valley MD 21031-1409 | Bank Of The West<br>475 Sansome St 19th<br>San Francisco CA 94111-3112 |
| Bank of America / Sean Croghan<br>15485 SW Cynthia Lane<br>Beaverton, OR 97007-6861 | Bank of the West<br>905 NE Halsey St<br>Portland OR 97232-1237 | CHRISTINE COERS-MITCHELL<br>2100 NE Broadway #309<br>Portland, OR 97232-1570 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase / Sean Croghan<br>15485 SW Cynthia Lane<br>Beaverton, OR 97007-6861 |
| Chevron<br>PO Box 70887<br>Charlotte, NC 28272-0887 | Chevron<br>PO Box 70995<br>Charlotte, NC 28272-0995 | Citibusiness<br>PO Box 183051<br>Columbus, OH 43218-3051 |
| (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | City of Portland acting through<br>Portland Development Commission<br>c/o Tara J Schleicher<br>121 SW Morrison St #600<br>Portland OR 97204-3136 | Columbia Business Advisors, LLC<br>2950 Lakeview Blvd.<br>Lake Oswego, OR 97035-3648 |
| Creekridge Capital LLC<br>7808 Creekridge Circle #250<br>Edina, MN 55439-2647 | Crucial Technology<br>12831 Collections Center Drive<br>Chicago, IL 60693-0128 | Dept of Consumer<br>and Business Svcs<br>350 Winter St. NE<br>Salem, OR 97301-3875 |
| Dex 0861<br>P.O. Box 79167<br>Phoenix, AZ 85062-9167 | Discover/Main Street<br>PO Box 5663<br>Hicksville, NY 11802-5663 | Dr. Bott LLC<br>9730 SW Hillman Court, #600<br>Wilsonville, OR 97070-7711 |

| | | |
|---|---|---|
| JEFFREY M EDELSON<br>1211 SW 5th Ave #3000<br>Portland, OR 97204-3730 | Earth20<br>PO Box 70<br>Culver, OR 97734-0070 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| (p)INTEGRA TELECOM<br>1201 NE LLOYD BLVD<br>SUITE 500<br>PORTLAND OR 97232-1259 | Euler Hermes UMA<br>Attn: Dennis Brown<br>600 S. 7th Street<br>Louisville, KY 40203-1968 | Funnelbox<br>712 Main Street<br>Oregon City, OR 97045-1846 |
| GE Capital Corp dba<br>Apple Fin Svcs<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404-8247 | GE Commercial Finance<br>GE Commercial Recovery Svc<br>75 Remittance Dr #1752<br>Chicago IL 60675-1752 | Gibbs Street Properties<br>70 NW Couch Street<br>Suite 207<br>Portland, OR 97209-4038 |
| NICHOLAS J HENDERSON<br>117 SW Taylor St #200<br>Portland, OR 97204-3029 | LEE M HESS<br>4804 NW Bethany Blvd<br>Suite I-2 #322<br>Portland, OR 97229-9195 | Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901-6029 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | In Both Ears, Inc.<br>2505 SE 11th Avenue<br>#255<br>Portland, OR 97202-1062 | (p)INGRAM MICRO INC<br>ATTN RECOVERY SERVICES<br>1759 WEHRLE DR<br>WILLIAMSVILLE NY 14221-7887 |
| Ingram Micro, Inc.<br>c/o Receivables Control Corp.<br>Attn: Isaac Stone<br>7373 Kirkwood Ct., Suite 200<br>Maple Grove, MN 55369-5264 | Integra Telecom<br>PO Box 34802<br>Seattle, WA 98124-1802 | James Liptan<br>6526 NE Rodney Ave<br>Portland, OR 97211-2434 |
| Jan-Pro Cleaning Systems<br>15714 SW 72nd Avenue<br>Portland, OR 97224-7973 | KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728-0825 | Key Bank<br>PO Box 5278<br>Boise, ID 83705-0278 |
| Key Bank<br>c/o Otis Jefferson<br>4910 Tiedeman Rd., 4th Floor<br>Cleveland, OH 44144-2338 | Key Bank Mastercard<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Key Bank Mastercard<br>c/o Otis Jefferson<br>4910 Tiedeman Rd.  4th Floor<br>Cleveland, OH 44144-2338 |
| KeyBank NA<br>PO Box 94968<br>Cleveland, OH 44101-4968 | Kia Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Kone, Inc.<br>PO Box 429<br>Moline, IL 61266-0429 |
| SANFORD R LANDRESS<br>1515 SW 5th Ave #600<br>Portland, OR 97201-5449 | MICHAEL W LLOYD<br>620 SW Main St #312<br>Portland, OR 97205-3027 | LaCie<br>PO Box 823231<br>Philadelphia, PA 19182-3231 |

| | | |
|---|---|---|
| Leaf Financial Corporation<br>Brian M. Sullivan, Attorney at Law<br>3518 SW Corbett Ave<br>Portland OR 97239-4327 | Leaf Funding<br>PO Box 644006<br>Cincinnati, OH 45264-0309 | Leaf Funding<br>c/o Dave English, Vice Pres.<br>One Commerce Square<br>2005 Market Street, 15th Floor<br>Philadelphia, PA 19103-7009 |
| Leaf Funding Inc<br>Brian M Sullivan, Atty at Law<br>3518 SW Corbett Ave<br>Portland OR 97239-4327 | Leaf Funding, Inc.<br>300 Outlet Pointe Blvd., Suite 300-B<br>Columbia, SC 29210-5658 | Media Systems, Inc.<br>PO Box 15039<br>Portland, OR 97293-5039 |
| MetLife<br>PO Box 804466<br>Kansas City, MO 64180-4466 | Micron SemiConductor Products, Inc<br>Attn: Robin Kramer, Legal Assistant<br>8000 S Federal Way<br>Boise, ID 83716-9632 | Minuteman Press<br>3454 SE Powell<br>Portland, OR 97202-3372 |
| Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Suite 200<br>Portland, OR 97204-3029 | NW Natural<br>220 NW 2nd Ave<br>Portland Or 97209-3991 | NW Natural<br>PO Box 6017<br>Portland, OR 97228-6017 |
| New Edge<br>Unit 47<br>PO Box 4800<br>Portland, OR 97208-4800 | Newegg, Inc.<br>16839 E. Gale Avenue<br>City of Industry, CA 91745-1816 | ODR Bkcy<br>955 Center NE, #353<br>Salem, OR 97301-2555 |
| ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 | Office Depot<br>6600 N Military Trail - S401F<br>Boca Raton, FL 33496-2434 | Office Depot<br>PO Box 70025<br>Los Angeles, CA 90074-0025 |
| Oregon Employment Dept.<br>Employment Department<br>875 Union St NE<br>Salem OR 97311-0800 | PODS<br>PO Box 31673<br>Tampa, FL 33631-3673 | PODS of Portland, LLC<br>PODS Enterprises, Inc<br>5585 Rio Vista Dr<br>Clearwater FL 33760-3114 |
| Pacific Continental Bank<br>1550 N. Brown<br>#150<br>Lawrenceville, GA 30043-8154 | Pacific Continental Bank<br>1550 N. Brown Road<br>#150<br>Lawrenceville, GA 30043-8154 | Pacific Continental Bank<br>c/o Greene & Markley<br>Attn: Sanford Landress<br>1515 SW Fifth Ave., Suite 600<br>Portland, OR 97201-5492 |
| Pacific Continental Bank<br>c/o Kate Salyers, Asst Vice Pres.<br>PO Box 10727<br>Eugene, OR 97440-2727 | Pacific Continental Bank<br>c/o Sanford Landress Esq<br>Greene & Markley PC<br>1515 SW 5th Ave #600<br>Portland OR 97201-5492 | Pacific Continental Bank<br>c/o Sanford R. Landress, Esq.<br>Greene & Markley, P.C.<br>1515 SW 5th Ave., Ste. 600<br>Portland, OR 97201-5492 |
| Philadelphia Insurance Companies<br>PO Box 70251<br>Philadelphia, PA 19176-0251 | Pitney Bowes Global Financial Services<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |

| | | |
|---|---|---|
| Platt<br>PO Box 2858<br>Portland, OR 97208-2858 | Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438 | Professional Benefit Services, Inc.<br>1193 Royvonne SE<br>Suite 22<br>Salem, OR 97302-6503 |
| Protemp Associates, Inc.<br>9788 SE 17th Avenue<br>Portland, OR 97222-7332 | Qwest - 0206<br>PO Box 91155<br>Seattle, WA 98111-9255 | Qwest 8588<br>PO Box 91155<br>Seattle, WA 98111-9255 |
| Refund Nonbox<br>319 SE Washington Street<br>Portland, OR 97204 | TARA J SCHLEICHER<br>121 SW Morrison St #600<br>Portland, OR 97204-3136 | TODD STRUBLE<br>Guyer Meisner<br>5895 Jean Rd<br>Lake Oswego, OR 97035-5303 |
| Se-Cure Controls, Inc.<br>3714 Runge St.<br>Franklin Park, IL 60131-1112 | Sean Croghan<br>15485 SW Cynthia Lane<br>Beaverton, OR 97007-6861 | Shadia Duery<br>600 NW Fariss Road<br>Gresham, OR 97030-2434 |
| Shane Spiess<br>400 SW Willamette Heights Ct.<br>West Linn, OR 97068-9668 | Steven Klinetobe<br>207 Hidalgo<br>Lake Oswego, OR 97035-1089 | Swift Financial<br>PO Box 3023<br>Milwaukee, WI 53201-3023 |
| Tech Data Corporation<br>PO Box 93836<br>Chicago, IL 60673-3836 | Tech Data Corporation<br>c/o Receivables Control Corp.<br>Attn: Isaac Stone<br>7373 Kirkwood Ct., Suite 200<br>Maple Grove, MN 55369-5264 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094-4396 | UPS<br>PO Box 894820<br>Los Angeles, CA 90189-4820 | US Bank<br>1225 SE 39th Ave.<br>Portland, OR 97214-4371 |
| US Bank N.A.<br>SBA Express, Special Assets Group<br>9918 Hibert St.<br>San Diego, CA 92131-1018 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Umpqua Bank<br>Special Assets Dept<br>PO Box 1820<br>Roseburg, OR 97470-0417 |
| Umpqua Bank<br>c/o Amy Mandera, Sp Assets Grp<br>445 SE Main St<br>Roseburg OR 97470-4900 | United Health Care Services<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | United Healthcare Insurance Company<br>c/o Rachel A Smith, Credit & Delinquency<br>185 Asylum St #03B<br>PO Box 150450<br>Hartford, CT 06115-0450 |
| VAR Resources<br>7808 Creekridge Circle<br>#250<br>Edina, MN 55439-2647 | VAR Resources, Inc.<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | VSP<br>PO Box 60000<br>San Francisco, CA 94160-3280 |

| | | |
|---|---|---|
| VW Credit, Inc.<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Venerable Group Inc<br>70 NW Couch St #207<br>Portland OR 97209-4038 | Venerable Group Inc.<br>70 NW Couch Street<br>Suite 207<br>Portland, OR 97209-4038 |
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Volkswagon Credit<br>PO Box 60144<br>City of Industry, CA 91716-0144 |
| Wells Fargo<br>c/o Mark Oman, Vice Pres.<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo Bank,N.A.<br>Business Direct Division<br>100 W, Washington Street 8th Flr<br>Phoenix, AZ 85003-1803 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309-3605 |
| Wendi Spiess<br>400 SW Willamette Heights Ct.<br>West Linn, OR 97068-9668 | Western Equipment Finance, Inc.<br>2100 NE Broadway #309<br>Portland, Or 97232-1570 | Western Finance and Lease, Inc.<br>PO Box 640<br>Devils Lake, ND 58301-0640 |
| Wright Express<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Wright Express Financial Services<br>PO Box 639<br>Portland, ME 04104-0639 | X5 Solutions<br>1301 5th Avenue, #2301<br>Seattle, WA 98101-2648 |
| X5 Solutions<br>NACM, c/o Larry Lee<br>PO Box 21966<br>Seattle, WA 98111-3966 | JENNIFER L ^ASPAAS4<br>13555 SE 36th St., Suite 300<br>Bellevue, WA 98006-1489 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Portland<br>1221 SW 4th Ave Rm 430<br>Portland OR 97204 | (d)City of Portland<br>c/o Linda Meng<br>City Attorney<br>1221 SW 4th Ave., Room 430<br>Portland, OR 97204 | Elan Financial Services<br>as Servicer for Key Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 |
| Electric Lightwave<br>PO Box 2966<br>Milwaukee, WI 53201-2966 | Ingram Micro Inc<br>Attn: Sue Kane<br>1759 Wehrle Dr<br>Williamsville, NY 14221 | (d)Ingram Micro, Inc.<br>PO Box 90341<br>Chicago, IL 60696-0341 |
| (d)Portland Water Bureau<br>PO Box 4216<br>Portland, OR 97208-6017 | Toyota Financial Services<br>Attn: Business Solutions<br>PO Box 9490<br>Cedar Rapids, IA 52409 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of the West | (u)Columbia Business Advisors LLC | (u)Creekridge Capital LLC |
| (u)Sean Croghan | (u)Kia Motors Finance Company | (u)Pacific Continental Bank |
| (u)Portland Development Commission | (u)United States/Internal Revenue Service | (u)VW Credit Inc |
| (du)VW Credit, Inc. | (u)Western Equipment Finance, Inc | End of Label Matrix<br>Mailable recipients 136<br>Bypassed recipients 11<br>Total 147 |