Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
 ) Case No. _____
 )
 ) ORDER AWARDING FINAL
 ) COMPENSATION AND REIMBURSEMENT
Debtor(s) ) TO PROFESSIONALS

This matter came before the court on the applications for final allowance of compensation and reimbursement of expenses filed by the professionals identified in this order. The ATTACHED affidavit represents that a copy of the Notice of Order Confirming Chapter 11 Plan and Discharge on LBF #1190 was served on debtor, United States Trustee, creditors and other parties in interest and that any timely objection or request for hearing with respect to such applications has been resolved. It is therefore

**ORDERED** as follows:

1. The following professionals are awarded the following amounts as administrative expenses under 11 USC §503(b) (which includes all previous interim allowances):

| Name | Fees | Expenses | Interim Payments/ Unapplied Retainers | Balance Due |
|---|---|---|---|---|
| | | | | |

2. Each such professional is authorized to apply retainers, if any, against such professional's claim for compensation and expense reimbursement to the extent such professional's application is approved by this order. Debtor (or the successor to the debtor under the plan) shall, unless otherwise agreed in writing by the professional, promptly pay the unpaid balance of the administrative expenses awarded by this order; provided that with respect to the attorney for the debtor (or successor to the debtor under the plan), such attorney shall deposit $2,500.00 of such payment in a trust account, which shall not be applied towards the balance of such attorney's administrative expense until a final report on LBF #1195 has been filed, and either no timely objections were filed or all objections were fully resolved.

1193 (6/15/05) **Page 1 of 2** \*\*\* **SEE NEXT PAGE** \*\*\*

3. Reorganized debtor (or the successor to the debtor under the plan) may, from time to time and without further court order, compensate the following professionals at their regular hourly rates up to the following additional amounts for services performed or for costs and expenses incurred after the administrative expenses detailed in pt. 1 above in connection with this Chapter 11 case or in connection with the implementation of the plan:

<u>Name</u>                                                                                  <u>Fees & Expenses</u>

###

Presented by:

_____
_____(OSB # )
_____

_____
Attorney for _____